.



The Cutting Edge of Success

# PRECISIONCUT™

EXHIBIT

6

LLumar®
PrecisionCut™

LLumar PrecisionCut™ System is your all-in-one source for LLumar Automotive Tinting, LLumar Paint Protection, LLumar Flat Glass, and LLumar Safety Film cutting needs.

In the time it takes you to click the mouse, you are well on your way to a more precise, micro-edge fitting pattern that will blow you away!

## Explore the Potential

Your business deserves the profitability, efficiency and consistent quality of a company using the latest innovation in film technology CPFilms' desire to see you achieve new levels of success has led us to develop the LLumar PrecisionCut™ System LLumar's cutting edge technology will allow you to lead the market through new business opportunities

## About the System

### Turn-Key System

The LLumar PrecisionCut™ System is your all-in-one source for the automated cutting of LLumar automotive, paint protection, flat glass and safety films as well as graphics This turn-key system comes with everything you need to get started

### User Friendly Operation

With a few days practice, you will master basic operations of the system and be ready to explore the extensive capabilities available for the advanced user

The process is simple From your computer you can select patterns from one of the databases and arrange them to minimize film waste Send the file to the plotter and your film will be precisely cut to fit your installation

### Training & Support

CPFilms Technical Support staff will offer training on the setup and operations of the LLumar PrecisionCut™ System You will also receive a step-by-step training CD to expand your knowledge and to use as a reference Once operational, you will have access to online technical support

## System Benefits

### Enhanced Efficiency

Most installers agree that cutting patterns is the most difficult, time-consuming part of an installation With automated cutting, you can reduce labor and training costs while increasing productivity by as much as 70%. Plus, liability is limited because there is no cutting on the vehicle

### Increased Profits & Less Film Waste

Film waste can significantly impact your profit margin When film is cut on the LLumar PrecisionCut™ System, film waste is reduced by up to 80% over hand-cutting Maximizing the use of your film and keeping track of your inventory will enhance your bottom-line

### Opportunity to Expand

For traditional automotive film dealers, the LLumar PrecisionCut™ System presents a new opportunity to diversify your product offering in the off-season with paint protection and flat glass films

You may also choose to initiate business with car dealerships. Because most new car dealers have a standard offering of vehicles you can pre-cut kits for the dealer and use the system to manage inventory



## System Capabilities

### Paint Protection Films
Cut full vehicle kits or individual patterns with precision. The kits have smooth edges and corners for an easy lay-down during installation.

### Automotive Films
It's easy to locate a vehicle in our pattern database. Just select the vehicle's year, make, and model for a perfectly fitted pattern.

### Flat Glass Films
Micro-rounded corners and the ability to pre-cut windows accurately will speed up installation and can significantly reduce waste.

### Safety Films
Accurate pre-cutting of thick films (up to 7 mil single-ply) tremendously increases installation efficiency and quality in this very labor-intensive market.

### Graphics
Nearly 2,000 graphic patterns are now available, and can be cut in film or vinyl for installation on flat glass and automobiles. You can also import your own graphics to customize an installation with a special design or logo.

## LLumar PrecisionCut Patterns

### Window Film



Front, Rear, Port Windows    Backglass (Optional Brakelight)

Windshield Strip

### Paint Protection Film



Hood & Fender

Bumper

Rear Bumper    Mirrors    Gas

## System Contents

### The LLumar PrecisionCut System includes:

- 60" Graphtec Plotter
- Dell Desktop Computer with Monitor (XP Professional)
- LLumar PrecisionCut Software and Pattern Databases (1 year subscription)
- Extra Blade Holder for Cutting Paint Protection Film

- Replacement Teflon Strip
- Online Technical Support
- System Setup and Operations Training CD
- Factory-Backed Warranty

### Interested in Learning More?
Contact your CPFilms Sales Representative for a product demonstration and pricing information.

# Technical Information

## Minimum System Requirements:
Microsoft Windows 2000 and XP
512 MB RAM
40 GB Free Hard Dive Disk Space
CD-ROM Drive
Internet Connection (high speed preferred, 56 K required)
Net Framework 2.0

## Precision Cutting Plotter:
Graphtec or other supported plotter**

## Film Requirements:
Films produced by CPFilms Inc  including:
LLumar®, LLumar Magnum®, FormulaOne® Automotive Film. and Vista®

## Technical Support:
Telephone: 800-2LLUMAR
E-mail: llumarcut@cpfilms com


**Contact LLumar PrecisionCut™ for information about supported plotters.

 (800) 255-8627   www.llumar.com/llumarcut

LLumar Window Film • P O  Box 5068 • Martinsville. Virginia 24115
Printed in U S A  • 10/06 • L1628



# N1050B SR CDF

## BRONZE

## PERFORMANCE DATA

| | |
|---|---|
| SOLAR TRANSMITTANCE | 43% |
| SOLAR REFLECTANCE | 23% |
| SOLAR ABSORPTANCE | 34% |
| VISIBLE LIGHT TRANSMITTANCE | 55% |
| VISIBLE LIGHT REFLECTANCE | 16% |
| GLARE REDUCTION | 39% |
| EMISSIVITY | .73 |
| WINTER MEDIAN U VALUE | .96 |
| LUMINOUS EFFICACY | .96 |
| ULTRAVIOLET REJECTED | 99% |
| SOLAR ENERGY REDUCTION | 51% |
| SHADING COEFFICIENT | .57 |

## BENEFITS

- Reduces heat gain for improved comfort
- Cuts glare to reduce eyestrain
- Rejects 99% of Ultraviolet radiation reducing fading of valuables, fabrics and furnishings
- Durable scratch-resistant coating for easy cleaning
- Reduction of hot spots increases HVAC efficiency and lowers energy costs
- Improves building aesthetics



EXHIBIT
7

EXTERIOR





INDUSTRY PARTNER

CPFilms
P. O. Box 5068
Martinsville, VA 24115
(800) 255-8627

All data has been measured in accordance with ASTM, ASHRAE and AIMCAL standards using NFRC methodology with Lawrence Berkeley National Lab's Window 5 Fenestration Analysis Software. All values averaged from routinely accumulated quality control data

561
6/06



Home
About Lunar
Our Products
Distributors
Dealers
Pricing
Order Now
Order Tools Now
Order Film Now
Contact Us
View/Edit Cart

## About Lunar

**Lunar Solar Film was established in 1999, and has not been sold on the market until now April 1st 2006. Lunar Solar Film was founded by two very successful window tinting professionals on a quest for better quality at an affordable price. For the first two years we went through stages of trial and error to make the perfect film. For the last seven years we have been undergoing extensive real life testing as well as simulated testing to make sure that we can offer one of the best auto films in the world. For the past five years Lunar Solar Film was used and tested in various environments such as Arizona, Texas, New York, Florida, and California. The film is color stable and will never turn purple. We back the film with a lifetime warranty against any imperfections. Lunar Solar Film also carries security film that comes in 4 mil rolls, 8 mil rolls, or 12 mil rolls. This film is priced so well no one can compete with our pricing matched with our quality. We at Lunar Solar Film are selling our customers one of the best auto tint film on the market.. The owners of Lunar Solar Film not only sell this product but have been using it for the past five years. With over 30 years in the tinting business we here at Lunar Solar Film know what every professional installer wants; a high quality, reliable film company, with an impressive service and a lifetime warranty. Unlike any other film company in the world, Lunar Solar Film will never raise an existing customers film price ever! We understand what it is like when a company raises their prices. LSF is currently working on a more innovative film line that will be called the AJJ series. We will keep our customers informed on all new products. LSF is committed to give our clientele up to date technology, and be ahead of all the rest and stay the best.**

**Become a Distributor**
**Order Now**

**NO MATTER WHAT YOU DRIVE CHOOSE LSF**

© 2006 Lunar Solar Film



EXHIBIT
8



Home
About Lunar
Our Products
Distributors
Dealers
Pricing
Order Now
Order Tools Now
Order Film Now
Contact Us
View/Edit Cart

## Our Products

Here at LUNAR we know what you demand- The best film for a great price that shrinks with ease!!! Our film is color stable! No turning purple ever!! We back our film with a lifetime warranty against any defect whatsoever, unlike any other film company! Also unlike any other we at LUNAR offer floating scale pricing. What that means is, the more film you buy the cheaper the film will become. The owner and operator of Lunar has been a professional window tinter of 30+ yrs. Who better to purchase film from, then a guy who use's it everyday and has over 30 years experience. Here at Lunar we would like to thank you for purchasing and using our film and hope that you continue to use LUNAR film as your film of choice on every job you do.



**ORDER FILM-TINT Click Here>  ORDER TOOLS Click Here>**

**Become a Distributor
Order Now**

**NO MATTER WHAT YOU DRIVE CHOOSE LSF**

© 2006 Lunar Solar Film



EXHIBIT
9



Home
About Lunar
Our Products
Distributors
Dealers
Pricing
Order Now
Order Tools Now
Order Film Now
Contact Us
View/Edit Cart

## Order Film-Tint

**SAMPLES    PRICING INFO**

### SIZE 20"

**The 20" size is used for most auto side glass, to save money use these rolls for side glass only and purchase the 36" x 100 Foot rolls for the back windows and use the 36" roll for back windows only and $ave.**

| | | |
|---|---|---|
| **20" x 100 Feet VLT: 50% Very Light** | $90.00 | add to cart |
| **20" x 100 Feet VLT: 35% Light Charcoal** | $90.00 | add to cart |
| **20" x 100 Feet VLT: 20% Medium Charcoal** | $90.00 | add to cart |
| **20" x 100 Feet VLT: 5% Limo Dark Charcoal** | $90.00 | add to cart |

Shipping is FREE on all WINDOW TINT ORDERS!

### SIZE 24"

**The 24" size is used for most over sized side glass for mostly SUV s or auto s with over sized side glass.**

| | | |
|---|---|---|
| **24" x 100 Feet VLT: 50% Very Light** | $110.00 | add to cart |
| **24" x 100 Feet VLT: 35% Light Charcoal** | $110.00 | add to cart |
| **24" x 100 Feet VLT: 20% Medium Charcoal** | $110.00 | add to cart |
| **24" x 100 Feet VLT: 5% Limo Dark Charcoal** | $110.00 | add to cart |

Shipping is FREE on all WINDOW TINT ORDERS!

### SIZE 30"

**The 30" size is mostly used for back windows. An experienced professional window tinter should know how to shrink the film wet or dry to install the film in 1 piece saving time and money.**

| | | |
|---|---|---|
| **30" x 100 Feet VLT: 50% Very Light** | $122.00 | add to cart |

**EXHIBIT 5**

| | | |
|---|---|---|
| **30" x 100 Feet VLT: 35% Light Charcoal** | $122.00 | add to cart |
| **30" x 100 Feet VLT: 20% Medium Charcoal** | $122.00 | add to cart |
| **30" x 100 Feet VLT: 5% Limo Dark Charcoal** | $122.00 | add to cart |

Shipping is FREE on all WINDOW TINT ORDERS!

### SIZE 36"

**The 36" size is mostly used for back and front windshields. An experienced professional window tinter should know how to shrink the film wet or dry to install the film in 1 piece saving time and money.**

| | | |
|---|---|---|
| **36" x 100 Feet VLT: 50% Very Light** | $135.00 | add to cart |
| **36" x 100 Feet VLT: 35% Light Charcoal** | $135.00 | add to cart |
| **36" x 100 Feet VLT: 20% Medium Charcoal** | $135.00 | add to cart |
| **36" x 100 Feet VLT: 5% Limo Dark Charcoal** | $135.00 | add to cart |

Shipping is FREE on all WINDOW TINT ORDERS!

### SIZE 40"

**The 40" size is mostly used for commercial jobs Flat glass.**

| | | |
|---|---|---|
| **40" x 100 Feet VLT: 50% Very Light** | $160.00 | add to cart |
| **40" x 100 Feet VLT: 35% Light Charcoal** | $160.00 | add to cart |
| **40" x 100 Feet VLT: 20% Medium Charcoal** | $160.00 | add to cart |
| **40" x 100 Feet VLT: 5% Limo Dark Charcoal** | $160.00 | add to cart |

Shipping is FREE on all WINDOW TINT ORDERS!

### SIZE 60"

**The 60" size is mostly used for large flat glass commercial jobs. You yourself can also buy this size roll and cut the roll to a desired size needed for your job.**

| | | |
|---|---|---|
| **60" x 100 Feet VLT: 50% Very Light** | $265.00 | add to cart |
| **60" x 100 Feet VLT: 35% Light Charcoal** | $265.00 | add to cart |
| **60" x 100 Feet VLT: 20% Medium Charcoal** | $265.00 | add to cart |
| **60" x 100 Feet VLT: 5% Limo Dark Charcoal** | $265.00 | add to cart |

Shipping is FREE on all WINDOW TINT ORDERS!.

EXHIBIT 1

### Safety Films 60"x100 Feet

**Safety Films by LSF provide fragment retention by holding glass together during destructive weather, Such as Hurricanes! , smash and grab crimes for stores owners or acts of terrorism and vandalism. They also help to seal out the water, during hurricanes which is the primary cause of property damage and they have a toughness that allows these films to withstand day-to-day abuse. If you live in a high hurricane prone area this is the cheapest and best improvement you can do to protect yourself and your family ! Comes with free installation DVD!**

| | | |
|---|---|---|
| **4 Mil - $275.00  Security Film-Clear Color** | **Hurricane Protection  90-135 Mph Wind** | add to cart |
| **8 Mil - $425.00 Security Film-Clear Color** | **Hurricane Protection  110-150 Mph wind** | add to cart |
| **12 Mil - $495.00 Security Film-Clear Color** | **Hurricane Protection  150-190 Mph wind** | add to cart |

Shipping is FREE on all WINDOW TINT ORDERS!

View/Edit Cart

**NO MATTER WHAT YOU DRIVE CHOOSE LSF**

© 2006 Lunar Solar Film



EXHIBIT



Home
About Lunar
Our Products
Distributors
Dealers
Pricing
Order Now
Order Tools Now
Order Film Now
Contact Us
View/Edit Cart

## Distributors

**BUSINESS OPPORTUNITY**

**We are currently looking for U.S distributors to re-sell Lunar Solar Film**

**These four resellers-distributers will be split into 4 different zones.**

**Zone1-Maine, New Hampshire, Vermont, Massachusetts, New York, Connecticut, New Jersey, Pennsylvania, Delware, Maryland, Virginia, Ohio, Kentucky, Indiana, Michigan, Illinous, Wisconsin**

**Zone-2-North Carolina, SouthCarolina, Tennessee, Arkansas, Louisanna, Mississippi, Alabama, Georgia, Florida**

**Zone-3-North Dakota,Minnesota,South Dakota, Wyoming, Nebraska, Iowa, Missouri, Kansas, Colorado, New Mexico, Oklahoma, Texas**

**Zone-4-Montana, Idaho, Washington, Oregon, Nevada, Utah, California, Arizona**

**Zone-5-WWW.LUNARSOLARFILM.COM INTERNET SALES ONLY**

**Zone1,2,3,4 will not be able to sell in one another's zone. If you are caught selling in one another's zone you will be automatically dropped as a distributor!**

**If you are trying to contact us please click the contact us link in the upper right hand corner!**

**If you are Interested in becoming a distributor please click the Become a distributor link or the Become a distributor today link on this page**

**Please note if a zone is taken there Name,Address,Number,Zone will appear on this page as a reference to others. After all four zones are filled this page will just contain all four distributors information**

**MUST HAVE PHONE,FAX,COMPUTER**

**Please serious inquires only! This is a real business opportunity for the right person! Hurry before there are no more zones left Dated 2/19/07 Lunar Solar Film Team**

**Become a Distributor Today!**

**EXHIBIT**

13

## MAIN DISTRIBUTION CENTER:



**120 Daffodil Ave.**
**Franklin Square, NY 11010**
**516 298 TINT (8468)**

Become a Distributor
Order Now

### NO MATTER WHAT YOU DRIVE CHOOSE LSF

© 2006 Lunar Solar Film

**EXHIBIT**
**14**



Home
About Lunar
Our Products
Distributors
Dealers
Pricing
Order Now
Order Tools Now
Order Film Now
Contact Us
View/Edit Cart

## Dealers Under Construction - Coming Soon!

**This link is to guide consumers to find professional Lunar Solar Film installers in your area!**

**Taravella Window Tinting**
**86-149th Ave**
**Howard Beach Queens N.Y 11394**
**1-917-686-4733**

**Tint By Vinny**
**81-186 St**
**Queens N.Y 113994**
**1-347-231-0558**

**Fine Line Tints**
**58-41 Ardley**
**Garden City N.Y 11010**
**1-516-314-5227**

Become a Dealer Today!

## MAIN DISTRIBUTION CENTER:

**120 Daffodil Ave.**
**Franklin Square, NY 11010**
**516 298 TINT (8468)**

Become a Dealer Today!
Order Now

**NO MATTER WHAT YOU DRIVE CHOOSE LSF**

© 2006 Lunar Solar Film



EXHIBIT

15