
LUNAR
SOLAR FILM
Home
About Lunar
Our Products
Distributors
Dealers
Pricing
Order Now
Order Tools Now
Order Film Now
Contact Us
View/Edit Cart
Contact Us
All fields required.
Name :
Address :
City :
State :
Choose a State
Zipcode :
Email :
Phone :
Submit
MAIN DISTRIBUTION CENTER:
120 Daffodil Ave.
Franklin Square, NY 11010
516 298 TINT (8468)
Become a Distributor
Order Now
NO MATTER WHAT YOU DRIVE CHOOSE LSF
© 2006 Lunar Solar Film
EXHIBIT
16

Hc
About Lu
Our Produ
Distribu
Dea
Pri
Order I
Order Tools I
Order Film I
Contac
View/Edit (




© 2006 Lunar Solar Film



WE UPDATED OUR WEBSITE AND YOU CAN NOW BUY FILM OFF OUR WEBSITE CHEAPER THEN YOU CAN GET IT ON EBAY! IF YOU ARE A REGULAR EBAY CUSTOMER PLEASE STOP BUYING THE FILM OFF EBAY AND BUY IT FROM US DIRECT FROM OUR WEBSITE AT- WWW.LUNARSOLARFILM.COM THANKS AGAIN! THE LUNAR TEAM

SHOPPING CART IS UP AND RUNNING GOOD PLEASE GIVE US YOUR THOUGHTS ON OUR SHOPPING CART



# LUNAR SOLAR FILM
# www.lunarsolarfilm.com

MASTER SERIES

GRADE : A

AUTOMOTIVE SOLAR CONTROL FILM
HIGH PERFORMANCE

LIFETIME WARRANTY

NO MATTER WHAT YOU DRIVE - CHOOSE LUNAR

Here at LUNAR we know what you demand- The best film for a great price that shrinks with ease!!! Our film is color stable! No turning purple ever!! We back our film with a lifetime warranty against any defect whatsoever, unlike any other film company! Also unlike any other we at LUNAR offer floating scale pricing. What that means is, the more film you buy, the cheaper the film will become. We also never raise out prices on existing customers ever! The owner and operator of Lunar has been a professional window tinter for 30+ yrs. Who better to purchase film from, than a guy who uses it everyday and has over 30 years experience. Here at Lunar we would like to thank you for purchasing and using our film and hope that you continue to use LUNAR as your film of choice on every job you do.

Sincerely,
Ed Sadlowski

# THE SIZES

**All sizes come in:**
**50% Very Light**
**35% Light Charcoal**
**20% Medium Charcoal**
**5% Limo Dark Charcoal**
**We don't carry colors yet, we sell Charcoal Smoke**

Sizes are as follows:

All rolls are 100 feet long.

**The 20" size** is used for most auto side glass. To save money, use these rolls for side glass only. Purchase the 36" x 100' rolls just for back windows to keep your cost down.

For SUVs or over-sized side auto windows use **the 24" size.**

**The 30" size** is mostly used for normal sized back and front windshields only. An experienced professional window tinter should know how to shrink the film wet or dry to install the film in 1 piece saving time and money.

**The 36" size** is mostly used for oversized back and front windshields only.

***Due to high demand, we are also offering **40" x 100' sizing** in the same colors, but the rolls may take a little more time to ship.***

**The 60" size** is mostly used for large flat glass commercial jobs or oversized auto windows. You can buy this size roll and cut the roll to a desired size needed for your job.

You can request pricing for another size you would like, the largest being 60" tall. It would take more time to ship as we have to order the special cut from our manufacturer.

# PRICING

WE OFFER SLIDING SCALE PRICE THAT GOES AS FOLLOWS:

If you spend $2,000.00 dollars a year or less on film at LUNAR
You will fall into this category "Starter Pricing"

20" x 100' Foot rolls cost $140.00 each

24" x 100' Foot rolls cost $180.00 each

30" x 100' Foot rolls cost $ 195.00 each

36" x 100' Foot rolls cost $ 200.00 each

40" x 100' Foot rolls cost $215.00 each

60" x 100' Foot rolls cost $ 420.00 each

If you spend $2,000.00 dollars to $10,000.00 on LUNAR
You will fall into this category "PRO"

20" x 100' Foot rolls cost $ 105.00 each

24" x 100' Foot rolls cost $ 120.00 each

30" x 100' Foot rolls cost $ 140.00 each

36" x 100' Foot rolls cost $ 145.00 each

40" x 100' Foot rolls cost $160.00 each

60" x 100' Foot rolls cost $ 315.00 each

If you spend 10,000.00+ on LUNAR film
You fall into this category "MASTER TINTER"

20" x 100' Foot rolls cost $ 80.00 each

24" x 100' Foot rolls cost $ 100.00 each

30" x 100' Foot rolls cost $ 115.00 each

36" x 100' Foot rolls cost $ 125.00 each

40" x 100' Foot rolls cost $140.00 each

60" x 100' Foot rolls cost $ 240.00 each

**SAMPLES**

Samples can be ordered as follows:

20" x 7' foot sample in any shade for FREE
with free shipping

PRICING INFORMATION

You can be in whatever pricing category you want to be in. If you place a large order in one shot, for example $3,900.00, that will put you in the "PRO" pricing category. If you buy tint for the next month or two depending on how busy you are, we will then place you into the "MASTER TINTER" category after you hit over $10,000.00 and so on. Every time you buy Lunar film or tools it is logged into the computer. We keep track of how much you spend and you will be notified as soon as you fall into a different category. We at Lunar find that most professional window tinters tell all their window tinting friends about the film because they like it so much. They put their money together and place one big order to put them in the "MASTER TINTER" category. Just a little tip to save!!!

# TO ORDER LUNAR FILM

How to order Lunar film:

1. Call 516-298-TINT (8468) or 516-775-TINT (8468) For our New York office Location to set up an account and place an order. After setting up an account, the film can either be billed to any major credit card or paid USPS money order. After your account is set up ordering will be as easy as 1-2-3! Lunar is open from 11 AM to 7 PM eastern time 5 days a week Mon-Fri. CLOSED ALL HOLIDAYS. If no one answers do to high call volume, just leave a message and a sales rep will return your call. Orders are guaranteed on time with quick delivery!

2. Got to WWW.LUNARSOLARFILM.COM and order online at our lowest pricing only and save BIG!!!!!!!!!!!!!!!!

# Commercial - Security film
## Clear in color

Here is the pricing for each:

All are 60" x 100 feet

**4 mil** - $275

**8 mil** - $425

**12 mil** - $495

Sponsored Links

Ads by Google Film Auto Window Film Car Window Decals Tinted Windows Automo

**Window Film**
Find Your Window Film Product Now Commercial, Home. Archival
Vista-Films com

**Solar Gard Window Film**
Bekaert Specialty Films professional quality window film
www solargard com

**Window Tinting Specialist**
Residential. Commercial & Auto Tint Serving St Paul & Surrounding
SunControlMN com

**Window Tinting**
We Service All Tinting Needs Cars, Homes. Offices
ztechwindowmagic com/

**Discount Window Blinds**
Quality Window Blinds All Colors - Top Brands
Discount-Window-Blinds us

**Window Tinting Excellence**
Commercial. Residential, Automotive Tinting since 1979 I
Estimates
www tinters com

**Auto Body Paint Shop**
Over 30 Years Of Experience Repair-24hr Towing Availab
KarKareService1 com

**Window Tinting**
We Service All Tinting Needs Cars. Homes. Offices
ztechwindowmagic com/

Ads by Google Ads by

The Window Covering Hardware Store
Repair Parts For All Types Of Blinds, Drapery & More
Brackets, Cord, Tilt Gears, Valance Clips, Tassels & More
Blinds, Shades, Drapery, Roman Shades & More blindsparts.com
www blindsparts com/ Feedback -





## ‣ LUNAR SOLAR FILM, New film company new to the market 2006

Options ▾

**TintDrNewYork**

Member

Group: 300+

Exp: 12 years auto 30 years hanging film flat glass

Apr 3 2006, 05:19 PM

Lunar Solar Film is a new film company located in Long Island New York. The film is color stable comes with a lifetime warranty and is very easy to work with. The film shrinks very well and comes in four different shades and four different sizes. 5% 20% 35% 50%-20" 24" 36" 60" all by 100' feet. We also have 4mill 8mill and even 12 mill security film as well. The security film comes in 60" by 100 feet sizes only. If you are a distributor then we have some good news we are looking for you!!!! We are currently looking for four distributors. We would like to have only two in the United States and a couple over sea's being that we are just starting out. If you are an auto professional window tinter this may by a good film for you. The film is very reasonably priced. And has a great no hassle warranty and is color stable so why not give it a shot you will be surprised. The film is priced on a sliding scale the



more you buy the cheaper it will become. The average full time professional window tinter spends at least $10,000.00 a year on film and at that level you will save in a big way with Lunar Solar Film. For more information and to contact us please visit us at WWW.LUNARSOLARFILM.COM We hope to do business with you in the future and with Lunar you can look forward to great service and quality film.

Enter Keywords | Search Topic | · **Classifieds / Employment** ·

0 Members:

|-- Classifieds / Employment Go

**Lo-Fi Version** Time is now: 7th August 2007 - 07:35 AM

© Copyright 1999-2007 TintDude.com Contact tintdude@gmail.com

## CONGRATULATIONS!

Thank you for purchasing Lunar Solar Film auto film!

### AUTO CARE INSTRUCTIONS

- DO NOT use any abrasive or pads cleaners with ammonia industrial strength glass cleaners. This will wear down the film.
- Use a soft dust free cloth with a mild soap and water solution. That's all!
- Allow film to cure for 3 to 7 days before lowering your windows. This varies on weather conditions.

DON'T FORGET: Your new film takes 1-3 weeks to fully cure. You may see some haze or condensation during this time frame.

Window film adds to the beauty and protection to your home or vehicle and can be a significant energy saver! Lunar Solar Film has a wide variety of film for home application. Consult your nearest dealer and find out how to save money while adding to the beauty of your home!

### DO NOT MAIL
### SAVE THIS WARRANTY CARD AND ORIGINAL RECEIPT

DO NOT ACCEPT THIS WARRANTY CARD IF THE DEALER HAS NOT COMPLETED ALL THE VEHICLE AND DEALER INFORMATION.

VEHICLE: ______________________

Make Model

______________________

Year VIN

Windows Tinted: Product

Front: ______________

Rear: ______________

Back: ______________

Other: ______________

Dealer: ______________

______________

______________

EXHIBIT 20

Date installed: ______________

Price: $__________

Customer: ______________

______________

______________

©2006 Lunar Solar Film All Rights Reserved

WWW.LUNARSOLARFILM.COM

516-775-TINT 516-298-TINT




## Limited Warranty

Lunar Solar Film warrants the products specified below against cracking, peeling or demetalizing for the periods specified below when installed in a vehicle by an authorized LSF installer in accordance with manufacturer's recommended installation procedures:

- Traditional non-metal films are warranted for a period of 3 years from the date of purchase as long as the original purchaser retains ownership of the vehicle. Absorption or UV rays will change the film slightly over time depending on the atmospheric conditions. These minor changes are not considered warranty defects.
- Premium metal and high performance metal films are warranted for as long as the original purchaser retains ownership of the vehicle.
- Lunar AJC series are warranted against color change for as long as the original purchaser retains ownership of the vehicle.

The above warranty does not cover fading or any defects other than those specified above, and is made solely to the original purchaser and may not be transferred. If any product specified above fails to conform to the warranty during the application period, Purchaser may obtain replacement and installation of the product free of charge at any authorized LSF installer anywhere in the US and Canada. The obligation of LSF under this warranty is limited to replacement of products not conforming to the warranty. Proof of purchase will be required by the authorized installer to warranty any claim.

Any Purchaser wanting warranty service should contact the nearest authorized LSF installer or write to Lunar Solar Film, ,120 Daffodil Avenue Franklin Square New York N.Y 11010, Attn: Customer Service.

A copy of your original receipt and this warranty registration card are required to warranty service.

LSF hereby disclaims liability for any incidental, special, consequential or punitive damager arising from any defect, in any product. LSF hereby excludes and disclaims any and all other expressed warranties and, except during the applicable warranty periods set forth above, also excludes and disclaims any and all implied warranties, including the warranties of merchantability and fitness for a particular purpose or use.

Some jurisdictions do not allow the exclusion or limitation of incidental or consequential damages or limitations on how long an implied warranty lasts, so the above limitations may not apply to you. The warranty gives you specific legal rights and you may also have other rights which vary from area to area.

This product is to be used in compliance with all applicable state or provincials laws Installation of this product in a manner that violates state or provincial law is a misuse of the product and void all warranties, expressed or implied, including but not limited to the warranty of merchantability. LSF shall not be liable in any manner whatsoever for damages related to the use of this product in an illegal manner.

Case 1:07-cv-07329-SHS Document 1-3 Filed 08/16/2007 Page 19 of 33



eBay home | Pay | Register | Sign in | Site Map | C

Search eBay Motors [Start new search] Search

Home | Buy | Sell | My eBay | Buyer Services & Protection | T

**Welcome to eBay!**

Find more items similar to: LUNAR HP PROFESSIONAL WINDOW TINT FILM 40x100 ROLL AUTO

See all items in: Glass > Window Tint

Need help?
Take a tour to learn more

Listed in category: eBay Motors > Parts & Accessories > Car & Truck Parts > Glass > Window Tint

# LUNAR HP PROFESSIONAL WINDOW TINT FILM 40x100 ROLL AUTO

ANY SHADE 5 20 35 50 PERCENT IN STOCK LIFETIME WARRANTY

Item number: 250150441477

**Buyer or seller of this item?** Sign in for your status

**Watch this item** in My eBay



View larger picture

| | |
|---|---|
| *Buy It Now* price: | **US $145.00** Buy It Now > |
| End time: | **Aug-08-07 19:11:15 PDT** (1 day 4 hours) |
| Shipping costs: | **US $16.50** US Postal Service Priority Mail® Service to United States |
| Ships to: | Worldwide |
| Item location: | Franklin Square, NY, United States |
| Quantity: | 21 available |
| History: | Purchases |

You can also: Watch This Item

Get alerts via Text message or IM
Email to a friend

## Meet the seller

Seller: 1stoptin Powe Selle

Feedback: **99.8% F**

Member: since Fe United S

- Read feedback
- Ask seller a que
- Add to Favorite
- View seller's oth Store | List
- Visit seller's Sto **1 STOP TINT**

## Buy safely

1. **Check the selle** Score: 424 | 99 Read feedback
2. **Check how you**

PayPal This cove **$2,0** eligi

**Listing and payment details:** Show

**Make no payments until 2008**
on your first purchase over $50 with the new eBay MasterCard! Plus, earn rewards toward future eBay purchase wherever you shop. See details | **Apply now**

## Description

EXHIBIT 21

*Item Specifics - Item Condition*
Condition: **New**



eBay User ID:
**1stoptintshop**
Aug. 7, 2007

**Member of SquareTrade**
**Bid with Confidence**
**Click to Learn Why**
SquareTrade © AP6.0

# ALSO BUY NOW AND RECIEVE A BONUS

## BUY NOW

THE WINNER OF THIS AUCTION WILL RECIEVE 1 ROLL 40" INCHES : LUNAR SOLAR FILM, SHADES OF YOUR CHOICE 5% 20% 35% 50% RIGHT AFTER YOU BID OR BUY NOW WITH THE SHADE YOU WOULI YOUR FILM WILL BE CHECK OTHER ITEMS WE ARE SELLING FOR T AND TINT TRAINING KITS. FOR OTHER GREAT ITEMS VIST OUR EB/ is mostly used for tinting back and front windshields in 1 piece on autos or or large flat home windows!

Here at LSF we know what you demand- The best film for a great price th ease!!! Our film is color stable and scratch resistant! No turning purple eve with a lifetime warranty against any defect whatsoever, unlike any other fil unlike any other we at LSF offer floating scale pricing. What that means is buy the cheaper the film will get. Another good thing about LSF is the own professional window tinter of 30 years and going. Who better to purchase who use's it everyday and has over 30 years of experience. We would like advance for purchasing our film and we hope that you continue to use LSI choice on every job you do.
Sincerly, The Lunar Team

In every box of Lunar Solar Film there will be 4 warranty cards for yourself

Case 1:07-cv-07329-SHS Document 1-3 Filed 08/16/2007 Page 21 of 33



You will also recieve direct film contact information so you can order the fil
in the world directly. TO BECOME A LUNAR DEALER OR A LUNAR DIST
BELOW!!!

## TO ORDER LSF FILM

There are 3 ways of ordering LSF film:

1. ------------------------------------------------------------------------------------------------
be shipped right away Open from 9 AM to 5 PM eastern 5 days a week M
answers due to high call volume, just leave a message. Orders are guara
quick delivery!

2. You can also go to ------------------------ --- To order at starter pricing

3. Order right now from ebay and save $$$$

4. Any questions? Call Customer Care: 516-298-TINT (8468)

## DISTRIBUTOR OR DEALER

To get set up to be a distributor or DEALER is easy:

1. "IF" If you qualify we will sell you the film at a "DISTRIBUTOR" pricing DEALERS " We will set up special pricing when you become an autho We are currently looking for 3 more United States distributors. You ca anywhere in the United States. We currently have a location in New Y Every new distributor will be given there own geographical zone. We a Canada distributor as well as a United Kingdom distributor. Zoning will United States- even a better incentive if you are located out of the Uni business minded and want to make money then this could be of intere keep in mind not everyone can become a distributor. We only want 3 r the United States.
2. Place your first order at our "DISTRIBUTORS ONLY" pricing category
3. Start making a six to seven figure income today!

**TO LEARN MORE ABOUT THIS PRODUCT CLICK**

's's

Case 1:07-cv-07329-SHS Document 1-3 Filed 08/16/2007 Page 22 of 33

**ADVANTAGES OF LUNAR SOL**

**1 WE ARE A REAL FILM CO**

**2 YOU CAN BUY THE FILM FROM US ON FOR YOUR BUSINESS DIRE**

**3 EASY REMOVAL (other films have a strong not) NOT ONLY IS OUR ADHEASIVE ONE IN THE BUSINESS BUT WHEN IT COMES THE FILM OR IF YOU MAKE A MIS INSTALATION THE FILM COMES OF ADHEASIVE ON THE WINDOWS DAYS AFTER THE INSTALLATION(if you are a pr you know how much of a advantage this is t**

**4 WE OFFER A FULL LIFETIME WAR WARRANTY CARDS IN EACH BOX FO CUSTOMERS**

**5 IF THERE WAS EVER A DEFECT OF ANY FILM WILL REPLACE THE ROLL OF**

**6 THE FILM IS SCRATCH RESISITA**

**7 COLOR STABLE!!! WILL NEVER TURN P**

**8 WE GIVE ALL OUR FIRST TIME FILM BU COMMERCIAL FLAT GLASS TRAINING D you are a beginner trying to do your own car**

**9 WITH EVERY ORDER WE ALSO INCLUI REORDERING AND ORDERIN(**

**10 THIS IS HIGH PERFORMANCE CHAR THAT ACHIEVES THAT DESIRED LOOK WANTS!**

**11 THE FILM IS GRADE A+ MEANING IT HA THAT HAS BEEN THROWN AT IT IN I SIMULATED TESTING(most film being sold o a but or grade b or lower**

**12 WE SELL COMPLETE TOOL KIT PACK PURCHASE EVERYTHING YOU NEED TO THE RIGHT WAY(check other items**

**13 THE FILM COME IN 5 20 35 50 PERCEN CHOOSE THE SHADE AFTER PU**

**14 THE FILM COMES IN 100 FEET ROLLS ( selling short film rolls)**

**15 THE FILM COMES IN ALL SIZES 20 24 30**

# ALL BY 100 FEET(view other items we are sel

# 16 WE HAVE 100 PERCENT FEEDBACK!!!!!

## great film,tool kits, training dvds and provide shipping)

# FOR NEW FILM CUSTOMERS WE WILL IN TRAINING DVD OR A FREE COMMERCIA FREE FREE FREE FOR FIRST TIME FILM I

## are a first time buyer just email us the shade yo and state that you would like your free training dvd you want. P.S if you do not email us you rig shipped out already then you will not reci






# CLICK ON IMAGES ABOVE T(




00042

Free Credit Report & Score From Experian, Click Here.

**Find more items from the same seller. Bid or Buy Now!**



4" blue angeled Turbo squeegee , tinting tool

Buy It Now **US $10.00**



LUNAR HP PROFESSIONAL WINDOW TINT FILM 36x100 ROLL AUTO

Buy It Now **US $125.00**

Time left. 1d 4h 47m



Window Tint TRAINING kit T How Tinting Video DVD 20

Buy It Now **US $140.00**

Visit seller's Store

## Shipping and handling

**Ships to**
Worldwide

Country: United States Quantity: 1 Update

| Shipping and Handling | Each Additional Item | To | Service |
|---|---|---|---|
| US $16.50 | + $13.50 | United States | US Postal Service Priority Mail® 2 to 3 business days* |

*Sellers are not responsible for service transit time This information is provided by the carrier and excludes weekends and holidays Note that transit times may vary, particularly during peak periods.

**Shipping insurance**
US $3.00 Optional

## Return policy

Return policy not specified.
Read item description for any reference to return policy.

## Payment details

**Payment method**

PayPal
MasterCard VISA AMEX DISCOVER eCHECK

Money order/Cashiers check

Other - See Payment Instructions for payment methods accepted

**Seller's payment instructions**
Use paypal! Pay our paypal account using any major credit card or check. Paypal has changed! You no longer need to open a paypal account to pay using paypal. If you are buying or bidding out of the UNITED states then shipping may vary so email us for a quote! If you are buying or bidding out of the U.S you must pay using paypal only. For U.S customers if you are paying by money order it must be a UNITED STATES POSTAL MONEY ORDER ONLY! And you must email us before sending payment! Thank you!

## Take action on this item

Help

**Item title: LUNAR HP PROFESSIONAL WINDOW TINT FILM 40x100 ROLL AUTO**

**Buy It Now**

BuyItNow price: **US $145.00**

Your Quantity: **x** 1

**Buy It Now >** You will confirm in the next step.

Purchase this item now without bidding Learn about Buy It Now

## Other options

Back to home page | Report this item | Printer Version | Sell one like this

Seller assumes all responsibility for listing this item.

**Welcome to eBay!**

Find more items similar to: LUNAR HP PROFESSIONAL WINDOW TINT FILM 40x100 ROLL AUTO

See all items in: Glass > Window Tint

Need help?
Take a tour to learn more

About eBay | Announcements | Security Center | Buyer Services & Protection | Policies | Site Map | Help

Copyright © 1995-2007 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.


LUNAR
SOLAR FILM
20" x 100'
VLT 25%
MASTER SERIES: AJC
NO MATTER WHAT YOU DRIVE CHOOSE LSF
(516) 298-TINT (8468)
www.Lunarsolarfilm.com
©2006 Lunar Solar Film

EXHIBIT
22




Member of SquareTrade
Bid with Confidence
Click to Learn Why

SquareTrade © AP6.0

# BUY NOW $99.99

## BUY NOW! USE PAYPAL

RATED # 16 OUT OF 20, OF THE MOST INEXPENSVE START UP SMALL BUSINESS THAT PRODUCE GREAT INCOME IN A SMALL BUSINESS MAGAZINE.




THE ALL NEW 16 PIECE PROFESSIONAL WINDOW TINTING TRAINING PACKAGE

BROUGHT TO YOU BY LUNAR SOLAR FILM THE LEADER IN AUTOMOTIVE

HIGH PERFORMANCE METALIZED COLOR STABLE
FILM TINT FOR PROFIT KIT




I know you must be thinking yea ok theres no way this can work for me!! I don't blame you for thinking that way let me explain Before I begin to teach you a little bit about the professional window tinting business just think of this

**What would you do with a extra $200 00 a week?**

**What would you do with a extra $4,000.00 a week ?**

**Really think about it and take your time!!**

An average window tinter tints a car in 30 minutes to 70 minutes and tints the average of 9 cars a day So lets say you yourself tint only 3 cars a day in your spare time at the average $150.00dollars a car that's 450.00 dollars a day x 5 days a week that's $2.250.00 dollars a week and $117,000.00 a year

**What can you do with that extra money?**

The DVD teaches you everything you need to know all the in's and out's and secret's that other window tinter's don't want you to know

The tools give you the power to start tinting right after you watch the video These are not, junky tools that you see being sold all over the place these are the actual tools used by the everyday professional window tinter

DO YOU WANT TO OWN YOUR OWN BUSINESS
AND MAKE 80K TO OVER 200,000 DOLLERS A YEAR NO B.S ?

**IF YOUR ANSWER IS YES THEN KEEP READING**

With over 30 years experience this is the best top notch how to training kit you will ever lay your eyes on You may be asking yourself why only 3 DVD's? Because how many times do you need to see the same thing overand over again? Most of the training DVDs being sold is Billy bob in his garage with his old cam recorder stuck on record!!!

What you are buying is a opportunity of a lifetime information and our time tools and flm and much much more.

- **The winner of this auction will get the full 16 piece Professional automotive window tintin g tool kit, a $30 00 value included**
- **You will also receive 1 roll percentage of your choice 5%-20%-35% of the top of the line LUNAR professional window film size 20"x 15 feet not the cheap film that you see being sold all over ebay or in auto part stores, $39 00 value included in the kit**
- **You will also receive special direct film pricing so you can order the film from where you live on a daily or weekly, monthly or yearly basis. $ Priceless**
- **You will also receive 3 dvd training videos a $110 00 value included in the kit.**
- **You will also recieve our 9AM to 9PM eastern time 6 day a week support hotline phone # for 5 years a $199 00 value FREE.**
- **You will learn how to cut your time to tint a car in half**
- **We will demonstrate a car being tinted from start to finish by 1 person in 45 minutes or less and it will come out perfect.**
- **You will learn the secrets and in and outs of automotive window tinting that they don't tea ch you or tell you in any other book or video**

We will tell you and teach you how to get find and pick up accounts so your always busywherever you live

After we are done with you. YOU WILL KNOW HOW TO TINT A CAR PERFECTLY!!!!!!!!!!

**Why learn how to become a professional window tinter ? MONEY!!!!!!! Thats right money $$$$$$$**

Just think of this.

If you tint only 1 cars a day at only $120.00 a car which is way under priced considering the average tint job costs $200.00 If it costs you just your time and about $12 00 in professional window film for each car whichis the going rate that it will cost to do a full 4 door car, Thats $108 00 dollars a car in your pocket x 6 days that's $648 00 dollars a week x 52 weeksThat's $33.696 00 a year, and working only 30 to 70 min a day Just so you know me and my partner do about 7to 12 cars a day each at $160 00 to $300.00 a car so if you do the math that's ... Yes you didn't count wrong it's that much money! And thats just 1 of us not the people that work for us just me 1 guy. Not to mention all the commercial jobs. marine jobs. store fronts and so on. If you are a good Pro window tinter and work hard there is no reason why you should not make any lessthen 200,000 dollars a year. And the best thing about window tinting is its mostly cash your dealing with So everyday your geting paid!!!! Listen I don't have time to sit here and tell you why you should buy this!!!

What we are selling you cant buy. It is an opportunity of a lifetime to learn the trade the right way from the best professional window tinters there are Just you and no distractions We will teach you how to be a excellent auto window tinter

All you need to do is BUY NOW and listen pay attention and we promise you will make a fortune if you put your heart into it And follow everything we teach you

You have to want this and want to make money It will change your life

**THIS IS NOT A GET RICH QUICK SCEME. THERE IS WORK INVOLVED.**

After you learn it is fun to do Please email us with any questions you may have and really think about it. And yes that is the rap star Bust Rhyme's lambo and g5 benz truck and yes thats Lunar tint laid out on the lambo If you need film just hit other items we are selling If our film is good for the stars then don't you think its good enough for your car or your business ????? You will also recieve our 6 day 9am to 9 pm support hotline phone # For any questions you may have or need to ask for free for 5 years

After you learn you can make the money back that you invested in this kit in 1 hour just tinting all your friends and families cars at a discounted price and for practice After you have maid your money back and practiced you will then be ready to make the big $$$$$$$

Not to mention that's just cars. You can tint anything with glass. boats buildings store fronts commercial Residential auto marine. Money to be made everywhere. You may be asking yourself if you can be making that much money why are we selling this kit ? To get your business!!!! We have a professional window film tint factory We make all shades of top of the line window film We want you to do well so in turn we will do well ? How do we know you will buy our film and not use another film company The quality and price's are unbeatable. If you want to change your life and make money BUY NOW After learning you can move anywhere in the world and do this anywhere you want to live and make big $$$$$$$$$




THE PACKAGE CONTAINS

- -----------------
- 1 LIL Chizler
- 1 blue max squeege
- 1 blue max handle
- 1 conquerer
- --------------------
- ------------------------------------------------------
- 2 mini-glass scraper blades
- ----------------------------
- 1 white squeegee hard card
- ------------------------
- 1 olfa stainless svr-1 professional tint nife
- ----------------------------------
- --------------------------------------------------
- ---------------------
- ---------------------
- 1 4' yellow turbo squeege
- ---------------
- 1 scrubbie pad
- ---------------------
- ---------------------
- ----------------------
- ------------------------
- 3 DVD learn how videos
- 1 direct film pricing catalog
- 1 direct contact phone # for on going support.
- --------------------------------
- 1 roll of 20" x 15 feet of your choice 5% 20% 35% of LUNAR HIGH PERFORMANCE AUTO SOLAR FILM-PROFESSIONAL WINDOW TINT-FILM(enough film to do one car) JUST EMAIL US RIGHT AFTER YOU PURCHASE AND LET US KNOW WHAT SHADE YOU WOULD LIKE (Lifetime warranty on film with 1 warranty card)