Burton S. Ehrlich (BE 2634)
John P. Luther (JL 9588)
Amanda Roach (AR 4758)
Ladas & Parry LLP
224 South Michigan Avenue
Chicago Illinois 60604
(312) 427-1300

Edward P. Kelly (EK 8340)
Tiajoloff & Kelly
The Chrysler Building, 37th Fl.
405 Lexington Avenue
New York, NY 10174
(212) 490-3285

Attorneys for Plaintiff
CPFILMS INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

| | |
|---|---|
| CPFILMS INC., A Delaware corporation, | **DISCLOSURE STATEMENT PURSUANT TO RULE 7.1 (a), FED. RULES CIV. P.** |
| Plaintiff | |
| | ECF Case |
| v. | 07 Civ. 7329 (   ) |
| EDWARD SADLOWSKI d/b/a SOLAR LUNAR PERFORMANCE FILM and/or LUNAR SOLAR FILM, an individual. | |
| Defendant. | Hon. Judge Sidney Stein |

---------------------------------------------------------------x

Pursuant to Rule 7.1(a), Fed. Rules Civ. P., and to enable District Judges and Magistrate Judge's of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiffs CPFILMS INC, a Delaware Corporation which is a non-governmental corporate party

1

in the referenced action, certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held: Solutia, Inc.

This statement is submitted in duplicate.

Respectfully submitted,

Dated: August 16, 2007

*Ed Kelly*

Edward P. Kelly
One of the Attorneys for Plaintiff
CPFILMS INC.
Tiajoloff & Kelly
The Chrysler Building, 37th Fl.
405 Lexington Avenue
New York, NY 10174
(212) 490-3285 (tel.)
(212) 490-3295 (fax)