09/24/2007 11:29 FAX 312 427 6663          LADAS & PARRY LLP



IN THE UNITED STATES COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CPFILMS INC. a<br>Delaware corporation,<br><br>Plaintiff,<br><br>v.<br>EDWARD SADLOWSKI d/b/a<br>SOLAR LUNAR PERFORMANCE FILM<br>and/or LUNAR SOLAR FILM,<br>an INDIVIDUAL,<br><br>Defendant. | Civil Action<br>Index No. 07 CIV 7329<br><br>Honorable Judge Sidney H. Stein |

### STIPULATION

Pursuant to the telephone conversation between John Luther and Charles Rosenblum on Friday, September 12, 2007 with regard to Case No. 07 CIV 7329, cited above, the parties mutually agree to an extension of time until October 3, 2007, within which Defendant will file its Answer to the Complaint.

DATED: New York, New York
9/23/07

Krohn, Rosenblum, and Rosenblum

Charles B. Rosenblum
Krohn, Rosenblum, and Rosenblum

Attorneys for Defendant, Edward Sadlowski
25 Merrick Avenue
Merrick, New York 11566
(516) 868 0809 (PH)
(516) 379 5020 (FX)
crosemblum@optonline.net

09/24/2007 11:29 FAX 312 427 6663        LADAS & PARRY LLP                    ☒003

07Civ 7329

*[signature]*

Ladas & Parry LLP

John Luther
Amanda M. Roach
Attorneys for Plaintiff, CPFilms, Inc.
Ladas & Parry LLP
224 S. Michigan Ave.
Chicago, IL 60604
312-427-1300 (PH)
312-427-6663 (F)
jluther@ladas.net
amanda.roach@ladas.net

Edward P. Kelly
Tiajoloff & Kelly
Attorneys for Plaintiff CPFilms, Inc.
Chrysler Building, 37th floor
405 Lexington Avenue
New York, NY 10174
312-490-3285 (PH)
312-490-3295 (FX)
epk@patentadvance.com

SO ORDERED: 10/2/07

*[signature]*
U.S.D.J.