USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/12/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| CPFILMS INC., | : | 07 Civ. 7329 (SHS) |
| Plaintiff, | : | |
| -against- | : | <u>ORDER</u> |
| EDWARD SADLOWSKI, | : | |
| Defendant. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A pretrial conference having been held today, with counsel for all parties present,

IT IS HEREBY ORDERED that:

    1.    If a stipulation of dismissal is not filed prior to January 8, 2008, there will be a pretrial conference on January 8, 2008, at 11:00 a.m.; and

    2.    The parties shall jointly notify the Court, in writing, 10 days in advance of the pretrial conference, whether they would like this Court to assist with settlement negotiations or have the case referred to a Magistrate Judge for settlement purposes.

Dated: New York, New York
       October 11, 2007

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.