S TE/N/T

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
CPFILMS, INC.
                Plaintiff,

    -against-                          07 Civ. 7329 (SHS)
                                       ECF CASE
EDWARD SADLOWSKI D/B/A SOLAR
LUNAR PERFORMANCE FILM AND/OR
LUNAR SOLAR FIL, AN INDIVIDUAL

                Defendant.
- - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/23/07

STIPULATION √Order

Pursuant to the telephone conversation between Plaintiff's attorney Edward P. Kelly and Defendant's attorney Charles Rosenblum of October 22, 2007 with respect to the referenced case, the parties mutually agree to an extension of time up to and including November 21, 2007 within which Plaintiff will respond to, answer or otherwise move in connection with, Defendant's Counterclaim as stated in Defendant's Answer in the referenced action.

New York, New York
October 22, 2007

07 Civ. 7329 (SHS)

TIAJOLOFF & KELLY

By: Edward P. Kelly (8340)
405 Lexington Avenue
New York, New York
10174
(PH) 212 490 3285
(F) 212 490 3285
Attorneys for Plaintiff

KROHN, ROSENBLUM & ROSENBLUM

By: Charles Rosenblum
25 Merrick Avenue
Merrick New York 11566
(PH) 516 868 0809
(F) 379 5020
Attorneys for Defendant

SO ORDERED 10/23/07

U.S.D.J.