11/21/2007  15:09  5163795020                                           STEIN /S
                                                                         PAGE 01
NOV-21-2007 10:25 From:TIAJOLOFF KELLY      2124903295   To:15163795020   P.1/2

Burton S. Ehrlich (BE 2634)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

CPFILMS INC., A Delaware corporation.

      Plaintiff

 

 

v.

EDWARD SADLOWSKI d/b/a SOLAR LUNAR
PERFORMANCE FILM and/or LUNAR SOLAR
FILM, an individual.

      Defendant.

----------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/26/07
```

07 Civ. 7329 (SHS)
ECF Case

### Stipulation Order

Pursuant to the telephone conversation between Plaintiff's attorney, Edward P. Kelly and Defendant's attorney, Charles Rosenblum of November 21, 2007 with respect to the referenced case, the parties are in settlement negotiations for a resolution of the referenced case and mutually agree to an extension of time up to and including December 7, 2007 within which Plaintiff will respond to, answer or otherwise move in connection with, Defendant's Counterclaim as orated in Defendant's Answer in the referenced action.

*The Nov. 30 conference will be held on 12/6/07 at 11:00 a.m. unless a stip of dismissal is received before that date.*

New York, New York
November 21, 2007

11/21/2007 15:09   5163795020                                          PAGE  02

NOV-21-2007 10:25 From:TIAJOLOFF KELLY    2124903295    To:15163795020    P.2/2

07 Civ. 7329 (SHS) H

TIAJOLOFF AND KELLY

By: Edward P. Kelly (6940)
405 Lexington Ave.
New York, NY
10174
(Ph) 212-490-3285
(F) 212-490-3295
Attorneys for Plaintiff

KROHN, ROSENBLUM AND ROSENBLUM

By: Charles Rosenblum
25 Merrick Avenue
Merrick, NY 11566
(Ph) 516-868-0805
(F) 516-379-5020
Attorneys for Defendant

SO ORDERED 11/26/07

U.S.D.J.

NOV-21-2007 03:55PM  From: 5163795020   ID:TIAJOLOFF KELLY   Page:002 R=96%