USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CPFILMS INC.,

                   Plaintiff,

      -against-

EDWARD SADLOWSKI,

                   Defendant.
------------------------------------------------------------x

07 Civ. 7329 (SHS)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

    A pretrial conference having been held today in the Court's robing room, with counsel for both parties present,

    IT IS HEREBY ORDERED that:

1. The parties shall serve document demands and interrogatories on or before December 19, 2007;

2. Responses are due on or before January 7, 2008;

3. The deposition of defendant Edward Sadlowski will take place during the week of January 14, 2008;

4. The pretrial conference set for January 8, 2008 is adjourned to January 28, 2008 at 11:00 a.m.; and

5. The parties will notify the Court in writing if they choose not to pursue arbitration.

Dated: New York, New York
         December 6, 2007

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.