STEINS.
PAGE 02/03

01/26/2008  11:16    5163795020

JAN-16-2008 11:24 From:TIAJOLOFF KELLY       2124903255       To:15163795020       P.3/4

```
┌─────────────────────────────┐
│ USDC SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #:                      │
│ DATE FILED: 2/6/08          │
└─────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------x

CPFILMS INC., A Delaware corporation.

    Plaintiff

    v.

EDWARD SADLOWSKI d/b/a SOLAR LUNAR
PERFORMANCE FILM and/or LUNAR SOLAR
FILM, an individual .

    Defendant.

-----------------------------------------x

07 Civ. 7329 (SHS)
ECF Case

STIP & ORDER
OF DISMISSAL

    IT IS HEREBY STIPULATED by and between the parties and their respective counsel that the above-captioned action is hereby dismissed with prejudice and without cost to any party against the other, including attorney fees.

New York, New York

January 15, 2008

KROUN, ROSENBLUM, AND ROSENBLUM

By: Charles Rosenblum
25 Merrick Avenue
Merrick, NY 11566
(Ph) 516-R68-0805
(F) 516-379-5020
Attorneys for Defendant

07 Cm. 7329 (SHS)

01/26/2008  11:16    5163795020                                    PAGE  03/03

JAN-16-2008 11:24 From:TIAJOLOFF KELLY      2124903295      To:15163795020      P.4/4

TIAJOLOFF AND KELLY

By: Edward P. Kelly (6340)
405 Lexington Ave.
New York, NY
10174
(Ph) 212-490-3285
(F) 212-490-3295
Attorneys for Plaintiff

SO ORDERED: 2/4/08

U.S.D.J.

r

JAN-26-2008 12:01PM   From: 5163795020        ID:TIAJOLOFF KELLY      Page:003  R=97%